United States District Court
Middle District of Florida
Jacksonville Division

**LouAnn Gray & Jennifer Nichols,**
**on their own behalf and on behalf**
**of those similarly situated,**

 *Plaintiffs,*

v.             No. 3:24-cv-952-WWB-PDB

**Volato, Inc. & Volato Group, Inc.,**

 *Defendants.*

---

# Order

  The plaintiffs move to substitute Jennifer Nichols with Khea Trevana and Michael Rickets, Doc. 26, and to certify a class and approve class representatives, class counsel, and notice, Doc. 27. The motions are **denied without prejudice**.

  The motions violate Local Rule 1.08, as supplemented by the district judge's standing order entered on January 13, 2021, and available on the Court's website, flmd-berger-standing-order-on-revised-local-rules-6-21-mc-3-orl-78.pdf. Counsel has been told three times to comply with Local Rule 1.08, as supplemented. Docs. 3, 8, 24. The district judge has warned, "Failure to comply with this requirement may result in the denial or striking of the offending filing without notice or leave to refile." Doc. 20 at 6.

  The motion to substitute also violates Local Rules 1.09 and 3.01(g)(2). *See* Local Rule 1.09 (requiring the title of an unopposed motion to contain the word "unopposed"); Local Rule 3.01(g)(2) (requiring certification at the end of

the motion and under the heading "Local Rule 3.01(g) Certification"). The district judge has warned, "Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice." Doc. 3.

Any renewed motion to substitute must (1) provide authority under the Federal Rules of Civil Procedure for substituting a plaintiff with two non-parties where no circumstance under Rule 25 is present, after the deadline to amend the pleadings and join parties, *see* Doc. 20, and before class certification; and (2) analyze the effect of the absence of pleading allegations and answers concerning the non-parties.

Any renewed motion to certify a class and approve class representatives, class counsel, and notice must be filed by **March 31, 2025**.

**Ordered** in Jacksonville, Florida, on March 18, 2025.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*